

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00786-CV

**ESTATE OF MARY LUELLA CLAYTON HARDIE,** Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2008-PC-2790
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

In response to our show cause order issued January 6, 2015, appellant filed a response affirming that he has made arrangements to pay the fee for preparing the clerk's record. Accordingly, the trial court clerk is ORDERED to file the clerk's record **no later than 10 days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court